COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Francis Brown     DOC No. 540790
Camp C - Tiger 4-R-8
Louisiana State Penitentiary
Angola LA 70712

> Judgment on rehearing rendered and mailed to all parties or counsel of record on September 7, 2022

**REHEARING ACTION: September 7, 2022**

**Docket Number: 22   00330-KH**

**STATE OF LOUISIANA
VERSUS
FRANCIS BROWN**

**Writ Application from St. Landry Parish Case No. 06-K-2644**

**BEFORE JUDGES:**

**Hon. Shannon J. Gremillion
Hon. Candyce G. Perret
Hon. Charles G. Fitzgerald**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Francis Brown** is:

**REHEARING DENIED**.  *See* Uniform Rules—Courts of Appeal, Rule 2-18.7.

cc: Chad Patrick Pitre, Counsel for  the Respondent